UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY WANG, Derivatively on Behalf of Nominal Defendant TRAVELZOO, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOLGER BARTEL, RALPH BARTEL, DAVID J. EHRLICH, DONOVAN NEALE-MAY, KELLY M. URSO, WAYNE LEE, and CHRISTOPHER LOUGHLIN, <br><br> Defendants, <br><br> and <br><br> TRAVELZOO, INC. <br><br> Nominal Defendant. | : Civil Action No. 1:11-cv-06125-GBD <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| ANTHONY A. WIRTH, Derivatively on Behalf of Nominal Defendant Travelzoo, Inc., <br><br> Plaintiff, <br><br> v. <br><br> HOLGER BARTEL, RALPH BARTEL, DAVID J. EHRLICH, DONOVAN NEALE-MAY, KELLY M. URSO, WAYNE LEE, and CHRISTOPHER LOUGHLIN, <br><br> Defendants, <br><br> and <br><br> TRAVELZOO, INC. <br><br> Nominal Defendant. | : Civil Action No. 1:11-cv-06378-GBD <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : (continued on next page) |

**PLAINTIFF ALBERT J. TURANSKY'S NOTICE OF MOTION TO CONSOLIDATE
<u>RELATED ACTIONS AND APPOINT LEAD COUNSEL</u>**

1

| | |
|---|---|
| KEVIN KITT, Derivatively on Behalf of Nominal Defendant TRAVELZOO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HOLGER BARTEL, RALPH BARTEL, DAVID J. EHRLICH, DONOVAN NEALE-MAY, KELLY M. URSO, WAYNE LEE, and CHRISTOPHER LOUGHLIN,<br><br>    Defendants,<br><br>and<br><br>TRAVELZOO, INC.<br><br>    Nominal Defendant. | Civil Action No. 1:11-cv-07019-GBD |
| ALBERT J. TURANSKY, Derivatively on Behalf of Nominal Defendant TRAVELZOO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HOLGER BARTEL, RALPH BARTEL, DAVID J. EHRLICH, DONOVAN NEALE-MAY, KELLY M. URSO, WAYNE LEE, and CHRISTOPHER LOUGHLIN,<br><br>    Defendants,<br><br>and<br><br>TRAVELZOO, INC.<br><br>    Nominal Defendant. | Civil Action No. 1:11-cv-07389-UA |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of William B. Federman, dated October 20, 2011, and the exhibits attached thereto, and upon all of the papers and pleadings filed in this action to this point, Plaintiff Albert J. Turansky will move this Court, before the Honorable George B. Daniels, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 21D, New York, New York, on a date and time set by the Court, for an Order, consolidating related actions and appointing lead counsel in these actions.

DATED: October 20, 2011

Respectfully Submitted,

**FEDERMAN & SHERWOOD**

/s/ William B. Federman

William B. Federman, Esq. (WF9124)
10205 North Pennsylvania
Oklahoma City, Oklahoma 73120
Telephone: 405.235.1560
Facsimile: 405.239.2112
wbf@federmanlaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2011, a true, correct, and exact copy of the within and foregoing was served by the Electronic Case Filing system to all counsel of record.

/s/ William B. Federman
William B. Federman